UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-6683 ABC (AJWx) | Date | April 10, 2014 |
|---|---|---|---|
| Title | Leo Roit vs. National City Mortgage, et al. | | |

| Present: The Honorable | **AUDREY B. COLLINS, UNITED STATES DISTRICT JUDGE** |
|---|---|

| A. Bridges, | Not reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| not present | not present |

**Proceedings:** (IN CHAMBERS) AMENDED ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

IT IS ORDERED that plaintiff's counsel show cause in writing not later than **April 24, 2014**, why this action should not be dismissed for lack of prosecution as to defendants National City Mortgage, Arden Management LLC, Clarence Grey Inc., Witkin and Neal Inc., Mortgage Services, and Quality Loan Service Corp.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local 78-1, no oral argument will be heard on this matter unless ordered by the Court. The Order to Show Cause will stand submitted upon the filing of plaintiff's response. The Court will consider as a satisfactory response the filing of the following on or before the date shown above.

√       Proof of service of summons and complaint on defendants National City Mortgage, Arden Management LLC, Clarence Grey Inc., Witkin and Neal Inc., Mortgage Services, and Quality Loan Service Corp.;

_____          Answer by defendants _____ or plaintiff(s)' request for entry of default;

\_\_\_\_\_     Plaintiff(s)' motion for entry of default judgment or request to the Clerk for entry of default judgment;

_____          Stipulation and Order extending time to respond to complaint.

Failure to file a timely response is deemed consent to the dismissal without prejudice of the action as to the above defendants.

                                                                                                             _____  :  _____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-6683 ABC (AJWx) | Date | April 10, 2014 |
|---|---|---|---|
| Title | Leo Roit vs. National City Mortgage, et al. | | |

Initials of Preparer    AB